

49 Market Street
Morristown, NJ 07960-5122
Tel (973) 992-4800  Fax (973) 992-9125
www.foxrothschild.com

HEATHER R. BOSHAK
Direct No:  973.994.7508
Email: HBoshak@FoxRothschild.com

June 29, 2020

VIA ELECTRONIC CASE FILING (ECF)
The Honorable A. Kathleen Tomlinson, U.S.M.J.
United States District Court for the Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Central Islip, N.Y. 117722-9014

Re:     **Pablo Orellana v. New Food Corp. d/b/a Foodtown and Jason Ferreira**
        **Civil Action No. 2:18-cv-07466-JMA-AKT**

Dear Magistrate Judge Tomlinson:

This firm represents Defendants New Food Corp. and Jason Ferreira (collectively "Defendants")
in the above-referenced matter.  I write, pursuant to Local Rule 1.4,  to request the Court's
approval to remove Keith A. Reinfeld as an attorney of record in this matter, as he is no longer
with this firm as well as to note my appearance on behalf of Defendants going forward.  A
Notice of Appearance has been filed.

My contact information is:

        Heather R. Boshak, Esq.
        Fox Rothschild LLP
        49 Market Street
        Morristown, NJ 07960-5122
        Tel (973) 992-4800; Fax (973) 992-9125
        HBoshak@FoxRothschild.com

A Pennsylvania Limited Liability Partnership

California    Colorado    Delaware    District of Columbia    Florida    Georgia    Illinois    Minnesota    Nevada
New Jersey    New York    North Carolina    Pennsylvania    South Carolina    Texas    Virginia    Washington

111857803



Hon. A. Kathleen Tomlinson, U.S.M.J.
June 29, 2020
Page 2


The Court's attention to this matter is appreciated.  Please advise should the Court require any additional information related to this request.

Respectfully submitted,

FOX ROTHSCHILD LLP

Heather R. Boshak


cc:      Steven J. Moser, Esq. (*via ECF*)

111857803