# MOSER LAW FIRM, P.C.

5 E. MAIN ST.
HUNTINGTON, NY  11743
(631) 759-9766

**Steven Moser**, Partner
steven.moser@moserlawfirm.com

www.moserlawfirm.com

June 30, 2020

Hon. Joan M. Azrack, USDJ
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY  11722

Re:   Orellana v. New Food Corp., et al., 18-CV-7466 (JMA) (AKT)
       Plaintiff's Status Report

Dear Judge Azrack:

    I represent the plaintiff in the above referenced matter.  I hereby submit this status report as directed by the Court.  Following the initial conference, the parties explored settlement and potential mediation.  Those efforts were unsuccessful.

    The attorney previously representing the Defendants, Keith Reinfeld is no longer with Fox Rothschild, and a motion has been filed to remove him as a counsel of record.   On June 29, 2020, Heather R. Boshak filed a notice of appearance.  The parties will submit a Proposed Case Management Order to Hon. A. Kathleen Tomlinson on or before July 2, 2020.

Respectfully submitted,

/s/

Steven J. Moser