

Steven J. Moser, Esq.
Phone 631-759-4054
smoser@moseremploymentlaw.com

November 13, 2020

**VIA ECF**

Hon. A. Kathleen Tomlinson, USMJ
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY  11722

Re:    *Orellana v. New Food Corp.,*  18-cv-7466-JMA-AKT

Dear Judge Tomlinson:

    I write to advise the Court, in lieu of a status report regarding discovery, that the parties are executing a stipulation of dismissal of the above captioned matter.  We expect to file the stipulation on or before November 20, 2020.

                                                                       Respectfully submitted,

                                                                       Steven J. Moser