UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Pablo Orellana,<br><br>   *Plaintiff,*<br><br>v.<br><br>New Food Corp. d/b/a Foodtown and Jason Ferreira,<br><br>   *Defendants.* | Civil Action No.: 18-cv-7466-JMA-AKT<br><br>STIPULATION AND ORDER OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective counsel, that the above-captioned action be and hereby is voluntarily dismissed in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

THE FOREGOING IS STIPULATED AND AGREED:

**MOSER LAW FIRM, P. C.**
*Attorneys for Plaintiff*

5 East Main Street
Huntington, NY 11743
516.671.1150
smoser@moseremploymentlaw.com

By: _____
  Steven John Moser

Dated: November 11, 2020

**FOX ROTHSCHILD LLP**
*Attorneys for Defendants*
*New Food Corp. and Jason Ferreira*

49 Market Street
Morristown, New Jersey 07960
973.992.4800
dsprong@foxrothschild.com

By: _____
  David J. Sprong

Dated: November 11, 2020

_____
**PABLO ORELLANA**
Plaintiff

Dated: November 11, 2020

SO ORDERED:

_____
HONORABLE JOAN M. AZRACK, U.S.D.J.